UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:16-CR-28-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA LEIGH WHITEHURST | ORDER |

The Defendant's Motion to Reset Sentencing Hearing before United States Magistrate Judge Robert B. Jones, Jr. is allowed.

This case is hereby set for sentencing on Wednesday, March 14, 2018 at 9:30 a.m. before United States Magistrate Judge Robert B. Jones, Jr. at New Bern, North Carolina.

SO ORDERED.

This 15th day of February, 2018.

LOUISE W. FLANAGAN
United States District Judge